IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD L. REICHENBACH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CROP RISK SERVICES, INC.,<br><br>　　　　　Defendant. | Case No.: 1:23-cv-677 |

## NOTICE OF REMOVAL

　　Pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendant, Crop Risk Services, Inc. ("Defendant" or "CRS"), removes this action to the United States District Court for the Southern District of Indiana. The basis for federal subject matter jurisdiction is 28 U.S.C. § 1332(a)(1), as the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states. As further grounds for removal, Defendant would show as follows:

　　1.　This action was initiated in the Hancock Circuit Court on March 24, 2023, and designated as Case No. 30C01-2303-PL-000521 on the docket of that court. In accordance with 28 U.S.C. § 1446(a) and Local Rule 81-2, a true and complete copy of the State Court Record is attached hereto as Exhibit "A." The undersigned counsel verifies that the attached State Court Record is complete as of the date of removal. As further required by Local Rule 81-2, a separate copy of the operative State Court Complaint is attached hereto as Exhibit "B."

　　2.　The Plaintiff, Richard L. Reichenbach, is an adult citizen of Hancock County, Indiana.

3. The Defendant, CRS, is an Illinois corporation with its principal place of business located in Macon County, Illinois.

4. As shown herein this is an action between "citizens of different states" for purposes of 28 U.S.C. § 1332(a)(1), as the Plaintiff is a citizen of Indiana, and the Defendant is a citizen of Illinois.

5. Plaintiff has asserted alternative claims for breach of contract and negligence in connection with a crop-hail insurance policy administered by CRS. Plaintiff alleges that he presented a claim under the policy for hail damage to corn and soybean crops sustained on or about June 18, 2021. Plaintiff contends that this hail event damaged "practically the entirety" of his growing crops on approximately 3,900 acres. Plaintiff alleges that CRS failed to fully or timely adjust all the losses. CRS calculated Plaintiff's compensable losses at $23,303.55, which Plaintiff declined to accept, claiming that the offered sum was "paltry" and did not take account of the severity of his crop damage. In this lawsuit, Plaintiff is seeking damages in an unspecified amount "that will fully compensate [Plaintiff] for the acts and omissions effectuated against him by Defendant including treble damages as allowed by Indiana Statute" in addition to attorney fees incurred in connection with this action. Defendant would show that the total liability (i.e. the maximum coverage amount) under the subject policy is $1,481,515. The loss amount calculated by CRS, when trebled and combined with attorney fees, exceeds $75,000, and Plaintiff maintains that his compensable losses significantly exceed the sum offered. Therefore, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000, as required pursuant to 28 U.S.C. § 1332(a).

6. The Defendant, CRS, was served with process on March 28, 2023. Pursuant to 28 U.S.C. § 1446(b), "notice of removal of a civil action or proceeding shall be filed within 30 days

after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, ..." In consideration of the foregoing, this Notice of Removal, which is being filed within 30 days after service of the Complaint on the Defendant, is timely.

7. As required by 28 U.S.C. § 1446(d), Defendant certifies that, contemporaneously or promptly after the filing of this Notice of Removal with this Court, written notice of the filing of the Notice will be given to all parties and said Defendant will file a Notification of Removal attaching a copy of this Notice of Removal with the Clerk of the Hancock Circuit Court. A copy of the notification being filed with the state court clerk is attached as Exhibit "C."

8. As reflected in the accompanying State Court Record, no motions have been filed to date in the removed state court action, and thus there are no pending state court motions at the time of removal.

WHEREFORE, PREMISES CONSIDERED, the Defendant, CRS, respectfully prays that the Court will receive this Notice of Removal, place it upon the docket of this Court, and that the Hancock Circuit Court will proceed no further with this action unless and until the case is remanded.

Date: April 19, 2023                                          Respectfully submitted,

/s/ J. Richard Moore
J. Richard Moore #20634-49
Attorney for Crop Risk Services, Inc.

J. Richard Moore
BleekeDillonCrandall Attorneys
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, IN  46250-4365
Telephone: (317) 567-2224
Facsimile:  (317) 567-2220
richard@bleekedilloncrandall.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 19, 2023, a true and complete copy of the foregoing document was served upon all counsel of record via U.S. Mail, with sufficient postage attached.

John J. Schwarz, II
Schwarz Law Office, PC
PO Box 637
Royal Center, IN 46978

                                                /s/ J. Richard Moore_____
                                                J. Richard Moore