UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD L. REICHENBACH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00677-MJD-JPH |
| | ) |
| CROP RISK SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER NOTING DISMISSAL**

The parties have filed a document entitled "Joint Motion to Dismiss," purportedly pursuant to Federal Rule of Civil Procedure 41(a)(2). [Dkt. 29.] In fact, because it is signed by counsel for both parties, the document is a stipulation of dismissal pursuant to Rule 41(a)(1)(ii), which does not require action by the Court. In light of this stipulation, this case has been dismissed with prejudice, and the Clerk is directed to close the case.

SO ORDERED.

Dated: 27 OCT 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.